# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUTUAL BENEFIT INSURANCE COMPANY,** | : | **CIVIL ACTION NO. 1:12-CV-2108** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **KAZ, INC.,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of February, 2014, upon consideration of defendant's motion (Doc. 12) *in limine*, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that defendant's motion (Doc. 12) is DENIED.

　　　　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania